IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAFAEL FRANCO-PEREZ,<br><br>    Defendant.<br>_____/ | No. CR 09-0103-1 CRB<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

This case has been remanded to this Court for the limited purpose of granting or denying a certificate of appealability. The Court hereby DENIES a certificate of appealability because Petitioner Rafael Franco-Perez has not made "a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2). The Court found that the petition is time-barred, and Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: September 2, 2015

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE